*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

ANDY GONZALEZ,

        Defendant-Appellant.

UNPUBLISHED
November 3, 2022

No. 358400
Kent Circuit Court
LC No. 17-005065-FC

Before: SHAPIRO, P.J., and GADOLA and YATES, JJ.

SHAPIRO, P.J. (*concurring*).

I concur in affirming defendant's sentence. I write separately to respectfully suggest that the Michigan Supreme Court revisit the question whether simultaneous offenses can be counted separately for purposes of the habitual offender statutes given that doing so is inconsistent with the plain meaning of "habitual" and the clearly apparent intent of the habitual offender statutes to address repeat offenders. See *People v Preuss*, 436 Mich 714; 461 NW2d 703 (1990), and *People v Stoudemire*, 429 Mich 262; 414 NW2d 693 (1987), overruled by *People v Gardner*, 482 Mich 41; 753 NW2d 78 (2008).

                                                    /s/ Douglas B. Shapiro

-1-